IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY KOZLOWSKI | : | CIVIL ACTION |
| v. | : | |
| GEORGE N. PATRICK | : | NO. 06-01602 |

## ORDER

AND NOW, this 6th day of December, 2007, having received no objections from Petitioner to the Magistrate Judge's Report and Recommendation, it is hereby ORDERED that the Court approves and adopts the Report and Recommendation of U.S. Magistrate Judge David R. Strawbridge (Doc. No. 28). Petitioner's writ of habeas corpus is DISMISSED with prejudice and the Clerk is ORDERED to close the case.

It is further ORDERED that a certificate of appealability should not issue because the Court does not believe Petitioner has made a substantial showing of the denial of a constitutional right or that a reasonable jurist would debate the correctness of this ruling.

BY THE COURT:

s/Michael M. Baylson
_____
Michael M. Baylson, U.S.D.J.

O:\CIVIL\06-01602 Kozlowski v. Patrick\Kozlowski v. Patrick order 12-6-07.wpd